# ROSICKI, ROSICKI & ASSOCIATES, P.C.

*ATTORNEYS AT LAW*

Main Office: *51 East Bethpage Road*

*Plainview, New York  11803*
Telephone (516) 741-2585 ext. 288
Facsimile (516)873-7243
BDunleavy@Rosicki.com

*We are a debt collector and are attempting to collect a debt.*
*Any information obtained may be used for that purpose.*

January 22, 2014

Alan Stein, Esq.
479 South Oyster Bay Road
Plainview, NY 11803

   Re: Wamwright v. Regions
      Adv Pro 13-01478-ess
      Lead BK Case 13-43546

Dear Mr. Stein:

Our office represents Regions Mortgage, Inc., Plaintiff in a foreclosure action involving the property known as 4401Collins Ave., Unit 2204, Miami Beach, Florida (the "Unit").

At the last pre-trial conference hearing conducted on January 10, 2014, you advised that you would be amending the complaint to reflect the proper Unit, appropriate factual information regarding the foreclosure sale and the appropriate factual information regarding the Debtor's connection to the Unit. Our office appeared on the adjourn date, January 21, 2014. As you did not appear and did not amend the concerned complaint, the Judge adjourned the pre-trial conference to February 27, 2014. In the event you do not wish to pursue the adversary, kindly withdraw same. If you do, kindly serve the amended complaint in a timely manner.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,
Rosicki, Rosicki & Associates, P.C.

_____
Barbara Dunleavy, Esq.

cc: US Bankruptcy Court, Eastern District of New York (*via ecf*)